*forma pauperis,* denied. *Mr. Joseph S. Crespi* for petitioner. No appearance for respondent.

No. 550. MIMS *v.* NEW MEXICO. January 8, 1940. Petition for writ of certiorari to the Supreme Court of New Mexico denied for the want of a final judgment. *Mr. Edwin Mechem* for petitioner. No appearance for respondent.

No. 557. INTERSTATE OIL CO. ET AL. *v.* GORMLEY, RECEIVER. January 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Cyril W. McClean* for petitioners. *Mr. C. Roy Smith* for respondent.

No. 574. HARTFORD ACCIDENT & INDEMNITY CO. *v.* PETROLEUM ROYALTIES CO. ET AL. January 8, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Hunter L. Johnson* for petitioner. *Messrs. A. F. Moss* and *Harry H. Rogers* for respondents.

No. 621. VILES *v.* PRUDENTIAL INSURANCE CO. January 15, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond L. Viles, pro se.* No appearance for respondent.

No. 585. WILTON REALTY CORP. ET AL. *v.* WEADOCK, EXAMINER, SECURITIES & EXCHANGE COMMISSION, ET AL. January 15, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.